# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SFEIR | No. 2:11-cr-0168 |

## GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT

NOW COMES the United States of America, by and through Andrew B. Benson, United States Attorney for the District of Maine, and Peter I. Brostowin, Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 48(a), moves for leave to dismiss the indictment against Joseph Sfeir in the above-captioned matter. After careful consideration, the United States believes that dismissal of the Indictment is in the interests of justice.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>ANDREW B. BENSON<br>United States Attorney |
| Dated: November 10, 2025 | */s/ Peter I. Brostowin*<br>Peter I. Brostowin<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>100 Middle Street<br>Portland, ME 04101<br>(207) 780-3257<br>Peter.Brostowin@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I caused the foregoing the Government's Motion for Leave to Dismiss Indictment using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                              ANDREW B. BENSON
                                              UNITED STATES ATTORNEY

Dated: November 10, 2025        By:    */s/ Peter I. Brostowin*
                                                            Peter I. Brostowin
                                                            Assistant U.S. Attorney
                                                            U.S. Attorney's Office
                                                            100 Middle Street
                                                            Portland, ME 04101
                                                            (207) 780-3257
                                                            Peter.Brostowin@usdoj.gov