# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:11-cr-0168-LEW |
| JOSEPH SFEIR | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), with leave of the Court, the government dismisses the Indictment in the above-captioned matter.

Dated: November 13, 2025        Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY:     /s/ Peter I. Brostowin
Peter I. Brostowin
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Peter.Brostowin@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2025, I electronically filed the forgoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record:

                        ANDREW B. BENSON
                        United States Attorney

     BY:    */s/ Peter I. Brostowin*
                  Peter I. Brostowin
                  Assistant United States Attorney
                  U.S. Attorney's Office
                  100 Middle Street, East Tower, 6th Floor
                  Portland, ME 04101
                  (207) 780-3257
                  Peter.Brostowin@usdoj.gov